

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GODOLFREDO AGUILAR VENEGAS<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV08-07195 R (SSx)<br><br>Related Group Control No.<br>CV 08-7195-GW(SSx)<br><br>**JUDGMENT AWARDING RECONTRUST COMPANY, N.A. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.**<br><br>[Assigned for all purposes to Hon. Manuel L. Real]<br>Dept. 8 |
| In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | |

IR01DOCS399779.1

(PROPOSED JUDGMENT)

1   On March 30, 2009, this Court ordered M.W. Roth PLC and/or attorney
2   Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by
3   Defendants in defending this action.  (Document No. 34.)
4   After consideration of the declaration submitted by counsel regarding the
5   amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of
6   ReconTrust Company, N.A. and against M.W. Roth, PLC and/or Mitchell W. Roth,
7   Esq., jointly and severally, in the amount of $11,552.54.
8   IT IS SO ORDERED.

Dated:  April 6, 2009

_____
Manuel L. Real, District Court Judge
United States District Court
Central District of California

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS399779.1

1

(PROPOSED JUDGMENT)